**FILED**
AUG 24 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
AUG 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LaTonqua Bailey

Plaintiff(s)

v.

James Ortman

Defendant(s)

Case Number: 22 cv 50254

Judge: Lisa A. Jensen

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **James Ortman**, declare that I am the (check appropriate box)
   ☐ plaintiff  ☑ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)
   Canfield + Mckenra in Rockford, IL
   Midwest Law Works, LLC in Rockford, IL
   Crosby Law Firm in Rockford, IL
   but I have been unable to find an attorney because:
   I am unable to pay the retainer requested by each of these law firms.

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

    ☐ Grammar school      ☐ Some high school      ☐ High school graduate
    ☑ Some college      ☐ College graduate      ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Movant

48 Detroit Street
Street Address

08-24-2023
Date

Hammond, IN 46320
City, State, Zip

Other cases in which an attorney requested by this Court has represented me: **None**

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LATONQUA BAILEY
(full name of plaintiff or petitioner)

vs.

JAMES ORTMAN
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case number: 22 cv 50254

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[ ] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[✓] to request an attorney

1. *Are you employed?*
   [ ] Yes   Name and address of employer: _____
         Total amount of monthly take-home pay: _____
   [✓] No   Date(s) of last employment: June 2023   Last monthly take-home pay: $19.50

2. *If married, is your spouse employed?* [✓] Not married
   [ ] Yes   Name and address of spouse's employer: _____
         Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

(list the 12-month total for each)

| Source | Amount |
|---|---|
| Self-employment, business, or profession: | $ 0 |
| Income from interest or dividends: | $ 0 |
| Income from rent payments: | $ 12,285 |
| Pensions, annuities, or life insurance: | $ 8,000 inheritance (one-time) |
| Disability or worker's compensation: | $ 0 |
| Gifts (including deposits into any accounts in your name): | $ 0 |
| Unemployment, public assistance, or welfare: | $ 0 |
| Settlements or judgments (include any that are expected): | $ 0 |
| **Any other source of money:** | $ 0 |

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☑ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☑ Yes ☐ No

   If yes, list each item of property and state its approximate value:

   48 Detroit Street  Hammond, IN  46320        $110,000
   820 Montague Street  Rockford, IL  61104      $50,000
   803 7th Avenue  Rockford, IL  61102           $60,000
   310 N. Broadway Street  West Salem, IL  62476   $100,000

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:

   PNC Bank - $43,000 (two separate personal loans)
   Richard Ortman - $25,000      Gary Methodist Hospital - $10,000
   IRS - $10,000 (2021 taxes)

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   I have been unable to hold a job for more than a week since 2022 September. Due to my lack of employment I am unable to secure loans on my properties. I have also been hospitalized twice since Sept. 2022 for mental health issues.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 08-24-2023

_____
Applicant's signature

James Ortman
Printed name

Rev. 2/2020