**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Latonqua Bailey, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:22-cv-50254 |
| v. ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| James C. Ortman, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

The Court requests that Dominick L. Lanzito, Peterson Johnson & Murray, LLC, 200 West Adams St., Ste. 2125, Chicago, IL, 60606, represent Defendant in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11 and 83.37. By 10/06/2023, recruited counsel shall file an appearance for Defendant.

Recruited counsel falls within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, the above-named attorney shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court for the above-captioned case only. Recruited counsel is directed to open a separate PACER account for use in this case only. Fees are exempt for this case only; counsel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of counsel's participation in this matter. This exemption may be revoked at the discretion of the Court at any time. Counsel shall contact the PACER Service Center at 1-800-676-6856 or via the link below to create a new PACER account and to make any necessary arrangements for the waiver. The Clerk is directed to send a copy of this order to: (1) the PACER Service Center (http://www.pacer.psc.uscourts.gov/register.html); (2) the Systems Department of the Northern District of Illinois; (3) recruited counsel; and (4) Defendant.

The Court notifies recruited counsel that pro bono litigation resources are available on the Court's website at http://www.ilnd.uscourts.gov, by clicking on the link to Resources for Pro Bono Attorneys in the Trial Bar. Another resource is an attorney with the Uptown People's Law Center, Mr. Alan Mills, who provides legal consultation and other assistance to attorneys recruited by the Court to represent plaintiffs in prison-related claims pending in the Northern District of Illinois. Mr. Mills may be reached at alan@uplcchicago.org.

Defendant is advised that pursuant to Local Rule 83.40 and the Regulations Governing the Prepayment & Reimbursement of Expenses of Court Assigned Counsel in Pro Bono Cases from the District Court Fund, any recovery (e.g., settlement, judgment, award of fees, or costs) in excess

of $50,000 requires reimbursement to the District Court Fund from such recovery for amounts paid on behalf of the receiving party in excess of $5,000.

        Defendant is further advised that recruiting counsel for an unrepresented individual is a privilege. *Pro se* parties who have the benefit of counsel recruited by the Court are "expected, like any clients, to meet their basic obligations as a party to a lawsuit: to communicate with their lawyers and to cooperate with the discovery and case management process." *Dupree v. Hardy*, 859 F.3d. 458, 462 (7th Cir. 2017). "District courts need not reward with free counsel people who are unwilling to meet their obligations as parties." *Id*. Thus, Defendant must listen carefully to counsel's advice and be mindful, as any paying client would be, of counsel's workload, time, and effort. He should ensure that he promptly provides contact information to his attorney if his address changes. Because each case is unique and there is no right to counsel in a civil case, there is no guarantee that counsel will be recruited in any future case or again in this case should counsel withdraw or should Defendant seek to have counsel replaced.

Dated: September 22, 2023        By: _____
                                                         Lisa A. Jensen
                                                         United States Magistrate Judge